UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARIO JAVIER GODOY, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 2:18-cv-01791-ACA-SGC |
| DEWAYNE ESTES, | ) |
| Respondent. | ) |

**MEMORANDUM OPINION**

On October 29, 2018, Mario Javier Godoy filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C.§ 2254. (Doc. 1). The petitioner challenges his August 10, 2015 guilty plea and ten-year sentence for first degree sexual abuse. *Alabama v. Godoy*, CC-2014-002192.00 and CC-2014-002193.00 (Jefferson Cty. Cir. Ct.), Docs. 47, 45. On November 28, 2018, the magistrate judge entered a report recommending this matter be dismissed as unexhausted. (Doc. 4). Although the report notified the petitioner of his right to file objections within fourteen (14) days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's findings are **ADOPTED**, and the recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT**

**PREJUDICE** as unexhausted. Additionally, pursuant to Rule 11 of the *Rules Governing Section 2254 Cases*, a certificate of appealability is due to be denied. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000).

A separate order will be entered.

**DONE** and **ORDERED** this January 28, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE